In re:   **Clean Harbors Plaquemine, LLC**                                          Case No. **06-13728**

                                       Debtor                                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **32655 Gracie Lane Plaquemine, LA 70764** | **Fee Owner** | | $ 186,859.31 | **$100,000,000.00** (est.) |

                                               **Total** ➤ | $ 186,859.31 |

(Report also on Summary of Schedules.)

**In re**   **Clean Harbors Plaquemine, LLC**   ,   Case No.   **06-13728**

   Debtor   (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash** | | 300.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |

In re    **Clean Harbors Plaquemine, LLC**                              ,          Case No.  **06-13728**
                                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **William Scottsman Rent - Dec. '04** | | 1,298.34 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Rights of contribution, various parties, for cost of environmental remediation.** | | **unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Please see attachment (Book Value)** | | **2,248,342.01** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Form B6B-Cont.
(10/05)

In re  **Clean Harbors Plaquemine, LLC** _____ ,    Case No.  **06-13728** _____
                                            Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Please see attachment (Book Value)** | | 1,139.42 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Please see attachment (Book Value)** | | 264,415.03 |
| 30. Inventory. | | **Detail Attached (Book Value)** | | 15,195.79 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

 _2_  continuation sheets attached                     Total ➢    **$2,530,690.59**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

## Schedule B - Personal Property

**#22 - Licenses, franchises, and other general intangibles. Give particulars.**

| | |
|---:|---|
| 4,670.51 | State of LA Dept. of Environmental Quality - Air Quality Annual Fee |
| 2,447.00 | ADT Security Annual Charge |
| 32,629.50 | Subsurface Construction license and permits |
| 5,000.00 | Atchafalaya Basin Lefee District Bond (in case the bridge is out) |
| 190,135.43 | Permits - Re-petition of deepwell no migration permit |
| 1,990,422.51 | Net book value permits on rate package |
| 23,037.06 | Part B Permit Renewal (project code ZPL0302-02 from 2003 - original amount $66,282) |
| $ 2,248,342.01 | |

**#26 - Office Equipment, furnishings, and supplies (NBV)**

| | |
|---:|---|
| $ 1,139.42 | PCs, printers, scanner |

**#27 - Machinery, fixtures, equipment, and supplies used in business**

| | |
|---:|---|
| 192,050.57 | Machinery and equipment, heavy equipment |
| 61,648.64 | Machinery and equipment, heavy equipment |
| 10,715.82 | Gear box |
| $ 264,415.03 | |

In re **Clean Harbors Plaquemine, LLC**        Case No. <u>06-13728</u>
Debtor           (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                          $125,000.
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **NONE** | | | |

Official Form 6D (10/06)

In re  Clean Harbors Plaquemine, LLC                          ,     Case No. 06-13728
                                    Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bank of America, N.A.<br>Attn: Christopher M. O'Halloran, VP<br>One Federal Street<br>Boston, MA 02110 | | | 12/05/2005 (Revolving Loan)<br>1st Lien Security Interest Accounts<br><br>VALUE $1,298.34 | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Credit Suisse, as Collateral Agent<br>Attn: Karim Blasett<br>One Madison Avenue<br>New York, NY 10010 | | | 12/05/2005<br>1st Lien Mortgage, 2nd Lien Security Interest Accounts<br><br>VALUE $186,859.31 | | | | 30,410,175.00 | 0.00 |
| ACCOUNT NO.<br><br>Credit Suisse, as Collateral Agent for U.S. Bank National Association<br>Attn: David Ganss, Asst. VP<br>One Federal Street, 3rd Floor<br>Boston, MA 02110 | | | 12/05/2005<br>2nd Lien Mortgage<br><br>VALUE $0.00 | | | | 98,821,094.00 | 0.00 |

<u>0</u>      continuation sheets
        attached

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| $129,231,269.00 | $      0.00 |
|---|---|
| $129,231,269.00 | $      0.00 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6E (10/06)

In re    Clean Harbors Plaquemine, LLC                                    Case No.    06-13728
_____                                      _____
                         Debtor                                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re   **Clean Harbors Plaquemine, LLC**                                  ,        Case No.   <u>06-13728</u>
                                        Debtor                                                                                                      (If known)

❏   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏   **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❏   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


    * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re     Clean Harbors Plaquemine, LLC        Case No.    06-13728

                                 Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority: Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bobby Veret<br>Clean Harbors | | | | | | | 180.00 | 180.00 | 0.00 |
| ACCOUNT NO.<br>Lisa Jo Ourso<br>Clean Harbors Plaquemine | | | | | | | 430.00 | 0.00 | 430.00 |
| ACCOUNT NO.<br>Louis Kelley<br>Clean Harbors | | | | | | | 180.00 | 180.00 | 0.00 |
| ACCOUNT NO.<br>Randy Carline<br>Clean Harbors | | | | | | | 180.00 | 180.00 | 0.00 |
| ACCOUNT NO.<br>Richie Fontenot<br>Clean Harbors | | | | | | | 180.00 | 180.00 | 0.00 |
| ACCOUNT NO.<br>Theda Smith<br>Clean Harbors | | | | | | | 430.00 | 430.00 | 0.00 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)    $ 1,580.00    $ 1,150.00    $ 430.00

Total  ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ 1,580.00

Total  ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ 1,150.00    $ 430.00

Official Form 6F (10/06)

In re  Clean Harbors Plaquemine, LLC
                 Debtor

Case No. 06-13728
         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Air Nu of Baton Rouge, LLC<br>11340 Industriplex Blvd.<br>Baton Rouge, LA 70809 | | | | | | | 11,649.94 |
| ACCOUNT NO.<br>Airgas Gulf States<br>PO Box 120333<br>Dept. 033<br>Dallas, TX 75312 | | | | | | | 191.38 |
| ACCOUNT NO.<br>Bayou Oil Field Construction Co. Inc.<br>26105 HWY 77<br>Plaquemine, LA 70764 | | | | | | | 180.00 |
| ACCOUNT NO.<br>Bayou Road Lumber Hardware LLC<br>58005 Bayou Road<br>Plaquemine, LA 70764 | | | | | | | 90.71 |
| ACCOUNT NO.<br>Claude I. Duncan<br>c/o Dodson and Hooks<br>One Maritime Centre<br>17405 Perkins Road<br>Baton Rouge, LA 70810 | | | | X | X | | 0.00 |

4  Continuation sheets attached

Subtotal ➤ $ 12,112.03

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Clean Harbors Plaquemine, LLC
_____
                    Debtor

Case No. 06-13728
_____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Fisher Scientific** <br> **9403 Kenwood Road** <br> **Cincinnati, OH 45242** | | | | | | | 352.00 |
| ACCOUNT NO. <br><br> **Innovative Waste** <br> **12537 Scenic HWY** <br> **Baton Rouge, LA 70807** | | | | | | | 260.00 |
| ACCOUNT NO. <br><br> **KAR Products** <br> **DPT CH 14117** <br> **Palatine, IL 60055** | | | | | | | 89.41 |
| ACCOUNT NO. <br><br> **Louisiana DEQ** <br> **PO Box 4311** <br> **Baton Rouge, LA 70821** | | | | | | | 234,943.60 |
| ACCOUNT NO. <br><br> **Lowes** <br> **10303 S. Mall Drive** <br> **Baton Rouge, LA 70809** | | | | | | | 2,178.91 |

Sheet no. 1 of 4 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 237,823.92 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    Clean Harbors Plaquemine, LLC                    Case No. 06-13728
         _____                 _____
                        Debtor                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lubemaster Construction DIV<br>PO Box 971269<br>Dallas, TX 75397 | | | | | | | 949.16 |
| ACCOUNT NO.<br><br>McDonald Sanitation Services, LLC<br>PO Box 107<br>Thibodaux, LA 70302 | | | | | | | 85.00 |
| ACCOUNT NO.<br><br>McJunkin Corporation<br>PO Box 513<br>Charleston, WV 25322 | | | | | | | 221.40 |
| ACCOUNT NO.<br><br>PC Connection, Inc.<br>730 Milford Road<br>Route 101A<br>Merrimack, NH 03054 | | | | | | | 78.09 |
| ACCOUNT NO.<br><br>Pitney Bowes Credit Corp. KY<br>PO Box 856460<br>Louisville, KY 40285 | | | | | | | 1,069.20 |

Sheet no. 2 of 4 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,402.85

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    <u>Clean Harbors Plaquemine, LLC</u>            Case No. <u>06-13728</u>
                        Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Rental Service Corporation Ntnl.**<br>6929 E. Greenway Pkwy.<br>Suite 200<br>Scottsdale, AZ 85254 | | | | | | | 260.44 |
| ACCOUNT NO.<br><br>**Schwing Mgmt., LLC**<br>9422 Common Street<br>Baton Rouge, LA 70809 | | | | | | | 4,680.54 |
| ACCOUNT NO.<br><br>**SGS Petroleum Service Corp.**<br>725 Main Street<br>Baton Rouge, LA 70802 | | | | | | | 450.00 |
| ACCOUNT NO.<br><br>**Subsurface Construction Corp.**<br>11800 Industriplex Blvd.<br>Suite 15<br>Baton Rouge, LA 70809 | | | | | | | 4,010.00 |
| ACCOUNT NO.<br><br>**Terry Giauque, et al**<br>c/o Dodson and Hooks<br>One Maritime Centre<br>17405 Perkins Road<br>Baton Rouge, LA 70810 | | | | | | | 0.00 |

Sheet no. <u>3</u> of <u>4</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                     Subtotal   >   $          **9,400.98**

                          Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Clean Harbors Plaquemine, LLC_____     Case No. __06-13728_____
Debtor                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 146.48 |
| Total Safety PO Box 634366 Cincinnati, OH 45263 | | | | | | | |
| ACCOUNT NO. | | | | | X | X | 0.00 |
| Walter Allen, et al c/o Dodson and Hooks One Maritime Centre 17405 Perkins Road Baton Rouge, LA 70810 | | | | | | | |
| ACCOUNT NO. | | | | | | | 179.90 |
| White Castle Fertilizer PO Box 250 White Castle, LA 70788 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,606.20 |
| Williams Scotsman Inc. 8211 Town Center Drive Baltimore, MD 21236 | | | | | | | |
| ACCOUNT NO. | | | | | | | 7,848.00 |
| Williams Scotsman Incorporated PO Box 91975 Chicago, IL 60693 | | | | | | | |

Sheet no. _4_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  10,780.58

Total ➤  $  272,520.36

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re:   Clean Harbors Plaquemine, LLC                              ,     Case No.   06-13728
                                    Debtor                                                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Schwing Management, LLC<br>9422 Common St.<br>Baton Rouge, LA 70809 | Easement and Right of Way over Non-Residential Property. |

Form B6H
(10/05)

In re: **Clean Harbors Plaquemine, LLC**
_____
                              Debtor

Case No.  <u>06-13728</u>
                    (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

```
        See schedule attached, showing all guarantors and/or co-borrowers
   with respect to debt listed on Schedule D. All addresses of co-debtors
   are same as debtor, but collateral is located throughout the U.S.
```

## CREDIT PARTIES

CLEAN HARBORS, INC.

ALTAIR DISPOSAL SERVICES, LLC

BATON ROUGE DISPOSAL, LLC

BRIDGEPORT DISPOSAL, LLC

CH INTERNATIONAL HOLDINGS, INC.

CLEAN HARBORS ANDOVER, LLC

CLEAN HARBORS ANTIOCH, LLC

CLEAN HARBORS ARAGONITE, LLC

CLEAN HARBORS ARIZONA, LLC

CLEAN HARBORS OF BALTIMORE, INC.

CLEAN HARBORS BATON ROUGE, LLC

CLEAN HARBORS BDT, LLC

CLEAN HARBORS BUTTONWILLOW, LLC

CLEAN HARBORS CHATTANOOGA, LLC

CLEAN HARBORS COFFEYVILLE, LLC

CLEAN HARBORS COLFAX, LLC

CLEAN HARBORS DEER PARK, L.P.

CLEAN HARBORS DEER TRAIL, LLC

CLEAN HARBORS DISPOSAL SERVICES, INC.

CLEAN HARBORS EL DORADO, LLC

CLEAN HARBORS FINANCIAL SERVICES COMPANY

CLEAN HARBORS FLORIDA, LLC

CLEAN HARBORS GRASSY MOUNTAIN, LLC

CLEAN HARBORS KANSAS, LLC

CLEAN HARBORS LAPORTE, L.P.

CLEAN HARBORS LAUREL, LLC

CLEAN HARBORS LONE MOUNTAIN, LLC

CLEAN HARBORS LONE STAR CORP.

CLEAN HARBORS LOS ANGELES, LLC

CLEAN HARBORS (MEXICO), INC.

CLEAN HARBORS OF TEXAS, LLC

CLEAN HARBORS PECATONICA, LLC

CLEAN HARBORS PLAQUEMINE, LLC

CLEAN HARBORS PPM, LLC

CLEAN HARBORS REIDSVILLE, LLC

CLEAN HARBORS SAN JOSE, LLC

CLEAN HARBORS TENNESSEE, LLC

CLEAN HARBORS WESTMORLAND, LLC

CLEAN HARBORS WHITE CASTLE, LLC

CLEAN HARBORS WILMINGTON, LLC

CROWLEY DISPOSAL, LLC

DISPOSAL PROPERTIES, LLC

GSX DISPOSAL, LLC

HARBOR MANAGEMENT CONSULTANTS, INC.

HARBOR INDUSTRIAL SERVICES TEXAS, L.P.

HILLIARD DISPOSAL, LLC

NORTHEAST CASUALTY REAL PROPERTY, LLC

ROEBUCK DISPOSAL, LLC

SAWYER DISPOSAL SERVICES, LLC

SERVICE CHEMICAL, LLC

TULSA DISPOSAL, LLC

CLEAN HARBORS ENVIRONMENTAL SERVICES, INC

CLEAN HARBORS OF BRAINTREE, INC.

CLEAN HARBORS OF NATICK, INC.

CLEAN HARBORS SERVICES, INC.

MURPHY'S WASTE OIL SERVICE, INC.

CLEAN HARBORS KINGSTON FACILITY CORPORATION

CLEAN HARBORS OF CONNECTICUT, INC.

SPRING GROVE RESOURCE RECOVERY, INC.

CH CANADA HOLDINGS CORP.

CH CANADA GP, INC.

CLEAN HARBORS CANADA LP

CLEAN HARBORS CANADA, INC.

CLEAN HARBORS QUEBEC, INC.

CLEAN HARBORS MERCIER, INC.

510127 N.B. INC.

## United States Bankruptcy Court
## District of Massachusetts

In re  **Clean Harbors Plaquemine, LLC**
_____
Debtor

Case No.  **06-13728** _____

Chapter  **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 186,859.31 | | |
| B - Personal Property | YES | 3 | $ 2,530,690.59 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 129,231,269.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 1,580.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 272,520.36 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 16 | $ 2,717,549.90 | $ 129,505,369.36 | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 06-13728-WCH |
| Clean Harbors Plaquemine, LLC, | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## STATEMENT OF NON-EXISTENCE

In an "Order to Update" dated October 18, 2006, this Court ordered the filing, among others, of the following documents:

1. Small Business Tax Return;

2. Small Business Balance Sheet;

3. Small Business Statement of Operations; and

4. Small Business Cash Flow Statement.

The documents listed above do not apply to this Debtor because the Debtor is part of a corporate conglomerate controlled by Clean Harbors, Inc., a publicly-traded holding company, and all of the Debtor's pre-petition financial reporting and income taxes were prepared on a consolidated basis with those of its affiliates and reported only by Clean Harbors, Inc. on a consolidated basis.

CLEAN HARBORS PLAQUEMIINE, LLLL,
By its attorneys

By: _Whitton E. Norris III_  11/2/06
Whitton E. Norris III
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
(617) 589-3826
wnorris@davismalm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re

**Clean Harbors Plaquemine, LLC**

Chapter      **11**

Bankruptcy No.   **06-13728**

       Debtor(s)

### DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

I     __William J. Geary__

hereby declare(s) under penalty of perjury that all of the information contained in **my the Debtor's Schedules and Statement of Financial Affairs** (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

       I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: _11-1-2006_       Signed: _____

                                            (Affiant)

**PART II - DECLARATION OF ATTORNEY:** (IF AFFIANT IS REPRESENTED BY COUNSEL)

       I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed R. Bankr.P. 9011. I have reviewed and will comply with provisions of MEFR 7.

Dated: _11/2/06_       Signed: _____

                                        Attorney for Affiant

# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts

In re:   **Clean Harbors Plaquemine, LLC**                                                                      Case No. **06-13728**

                                                Debtor                                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 1,587,137.00 | **Operation of Environmental services** | **2004** |
| 820,085.00 | **Operation of Environmental services** | **2005** |
| 1,600,372.00 | **Operation of Environmental services.** | **2006** |

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less that $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Alpha Pump & Equipment<br>11318 Cedar Park<br>Baton Rouge, LA 70807 | 10/13/2006 | 1,029.16 | |
| Alpha Pump & Equipment<br>11318 Cedar Park<br>Baton Rouge, LA 70807 | 10/13/2006 | 1,029.16 | |
| Applied Industrial Technologies<br>3634 Euclid Avenue<br>Cleveland, OH 44115 | 10/13/2006 | 11,081.63 | |
| Applied Industrial Technologies<br>3634 Euclid Avenue<br>Cleveland, OH 44115 | 10/13/2006 | 703.28 | |
| Black Stallion, Inc.<br>26105 Hwy. 77<br>Plaquemine, LA | 7/27/2006 | 832.65 | |
| Capitol Ultrasonic Company, Inc.<br>3045 Choctaw Drive<br>Baton Rouge, LA 70805 | 8/25/2006 | 2,500.00 | |
| Commercial Tire of Louisiana<br>13950 Plank Road<br>Baker, LA 70714 | 10/2/2006 | 789.57 | |
| McJunkin Corporation<br>PO Box 513<br>Charleston, WV 25322 | 8/18/2006 | 1,014.12 | |
| NES Rentals<br>PO Box 733<br>Harvey, LA | 8/18/2006 | 1,664.37 | |
| Pointe Coupee Electric<br>2506 False River Dr.<br>New Roads, LA 70760 | 8/4/2006 | 1,494.58 | |
| Schwing Mgmt., LLC<br>9422 Common Street<br>Baton Rouge, LA 70809 | 10/6/2006 | 6,416.86 | |
| Schwing Mgmt., LLC<br>9422 Common Street<br>Baton Rouge, LA 70809 | 8/11/2006 | 6,341.10 | |
| Schwing Mgmt., LLC<br>9422 Common Street<br>Baton Rouge, LA 70809 | 9/15/2006 | 6,023.62 | |

Form 7-Cont.
(10/05)

| | | |
|---|---|---|
| SJ (Blue) Guercio III<br>54935 Cambre St.<br>White Castle, LA 70788 | 7/27/2006 | 832.11 |
| SJ (Blue) Guercio III<br>54935 Cambre St.<br>White Castle, LA 70788 | 7/27/2006 | 832.11 |
| Stranco Inc.<br>70459 Hwy. 59<br>Abita Springs, LA | 8/4/2006 | 2,070.00 |
| Stranco Inc.<br>70459 Hwy 59<br>Abita Springs, LA | 8/4/2006 | 1,811.25 |
| Stranco Inc.<br>70459 Hwy. 59<br>Abita Springs, LA | 8/4/2006 | 1,811.25 |
| Stranco Inc.<br>70459 Hwy 59<br>Abita Springs, LA | 8/11/2006 | 776.25 |
| Subsurface Construction Corp.<br>11800 Industriplex Blvd.<br>Suite 15<br>Baton Rouge, LA 70809 | 7/27/2006 | 3,507.28 |
| Subsurface Construction Corp.<br>11800 Industriplex Blvd.<br>Suite 15<br>Baton Rouge, LA 70809 | 10/2/2006 | 19,573.15 |
| Subsurface Construction Corp.<br>11800 Industriplex Blvd.<br>Suite 15<br>Baton Rouge, LA 70809 | 10/2/2006 | 1,097.50 |
| Subsurface Construction Corp.<br>11800 Industriplex Blvd.<br>Suite 15<br>Baton Rouge, LA 70809 | 10/2/2006 | 41,888.03 |
| Subsurface Technology, Inc.<br>11800 Industriplex Blvd.<br>Suite 15<br>Baton Rouge, LA 708709 | 10/2/2006 | 5,361.13 |
| Subsurface Technology, Inc.<br>11800 Industriplex Blvd.<br>Suite 15<br>Baton Rouge, LA 70809 | 10/2/2006 | 9,303.77 |
| Subsurface Technology, Inc.<br>11800 Industriplex Blvd.<br>Suite 15<br>Baton Rouge, LA 70809 | 10/2/2006 | 2,413.82 |
| Subsurface Technology, Inc.<br>11800 Industriplex Blvd.<br>Suite 15<br>Baton Rouge, LA 70809 | 7/21/2006 | 861.50 |

| | | |
|---|---|---|
| **Subsurface Technology, Inc.**<br>**11800 Industriplex Blvd.**<br>**Suite 15**<br>**Baton Rouge, LA 70809** | **7/21/2006** | **1,477.50** |
| **Williams Scotsman Inc.**<br>**PO Box 91975**<br>**Chicago, IL 60693-1975** | **10/6/2006** | **1,298.34** |
| **Williams Scotsman Inc.**<br>**PO Box 91975**<br>**Chicago, IL 60693** | **8/4/2006** | **1,298.34** |
| **Williams Scotsman Inc.**<br>**PO box 91975**<br>**Chicago, IL 60693** | **7/17/2006** | **1,298.34** |
| **Williams Scotsman Inc.**<br>**PO Box 91975**<br>**Chicago, IL 60693** | **9/8/2006** | **1,298.34** |
| **Williams Scotsman Inc.**<br>**PO Box 91975**<br>**Chicago, IL 60693** | **10/6/2006** | **1,298.34** |

None
☑

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | | AMOUNT | |
|---|---|---|---|
| | DATES OF | PAID OR | AMOUNT |
| | PAYMENTS/ | VALUE OF | STILL |
| NAME AND ADDRESS OF CREDITOR | TRANSFERS | TRANSFERS | OWING |

None
☑

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF | | AMOUNT |
|---|---|---|---|
| AND RELATIONSHIP TO DEBTOR | PAYMENTS | AMOUNT PAID | STILL OWING |

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT | | COURT OR AGENCY | STATUS OR |
|---|---|---|---|
| AND CASE NUMBER | NATURE OF PROCEEDING | AND LOCATION | DISPOSITION |

**See Schedule 4 Attached**

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
☑

    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☑

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
   to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None
☑

   List all financial accounts and instruments held in the name of the debtor or for the benefit of
   the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding
   the commencement of this case.  Include checking, savings, or other financial accounts,
   certificates of deposit, or other instruments; shares and share accounts held in banks, credit
   unions, pension funds, cooperatives, associations, brokerage houses and other financial
   institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information
   concerning accounts or instruments held by or for either or both spouses whether or not a joint
   petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None
☑

   List each safe deposit or other box or depository in which the debtor has or had securities,
   cash, or other valuables within **one year** immediately preceding the commencement of this case.
   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either
   or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
   joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None
☑

   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor
   within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12
   or chapter 13 must include information concerning either or both spouses whether or not a joint
   petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None
☑

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☐

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |
| **See Attached Schedule 17A** | | | |

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☐

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Clean Harbors Plaquemine 32655 Gracie Lane Plaquemine, LA 70764** | **Louisiana DEQ PO Box 4311 Baton Rouge, LA 70821** | | |

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Clean Harbors Plaquemine, LLC** | 56-2295280 | **42 Longwater Drive Norwell, MA  02061** | **Environmental Waste Disposal** | 09/07/2002 <br> 10/17/2006 |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☐

| NAME | ADDRESS |
|---|---|
| **Debtor-single asset real estate entity** | |

## 19. Books, records and financial statements

None
☐

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED

**Brad Weissman, Regional Financial Mgr.
(Former)**

**David Kirby, Regional Financial Mgr.
3300 Cummings Road
Chattanooga, TN 37429**

**Theda Smith, Bookkeeper
Clean Harbors Plaquemine, LLC
42 Longwater Drive
Norwell, MA 02061**

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☐

NAME AND ADDRESS                                      DATES SERVICES RENDERED

**Brad Weissman
Former Regional Financial Manager**

**David Kirby
Regional Financial Manager
(No Firms have specifically audited
Plaquemine's Financies)**

**Theda Smith, Bookkeeper**

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☐

NAME                                      ADDRESS

**Brad Weissman, Former Regional Fin. Mgr.**

**David Kirby, Regional Financial Mgr.**

**Theda Smith, Bookkeeper**

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case by the debtor.

None
☐

NAME AND ADDRESS                                      DATE ISSUED

**Plaquemine financials
not issued to anyone as
standalone financials**

## 20. Inventories

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 09/30/2006 | Louis Kelley | 15,196.00 |
| 06/30/2006 | Louis Kelley | |
| 12/31/2005 | Louis Kelley | |

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 09/30/2006 | Clean Harbors Corporate Office<br>42 Longwater Drive<br>Norwell, MA 02061 |

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None
☐

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Stephen H. Moynihan | Manager | 0 |
| William J. Geary | Manager | 0 |

## 22. Former partners, officers, directors and shareholders

None
☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None
☐

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Eric Gerstenberg | Manager | 10/05/2006 |

## 23. Withdrawals from a partnership or distributions by a corporation

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Lisa Jo Ourso<br>Clean Harbors Plaquemine<br>42 Longwater Drive<br>Norwell, MA 02061 | Salary and Bonus | $67,685.00 |

## 24. Tax Consolidation Group.

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| Clean Harbors Disposal Services, Inc. | 04-3667165 |
| Clean Harbors, Inc. | 04-2997780 |

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| | |

\* \* \* \* \* \*

Form 7-Cont.
(10/05)

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  *11-1-2006*                    Signature  _William J. Geary_

_William J. Geary, Manager_
Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ continuation sheets attached

***Penalty for making a false statement:*** *Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

# SCHEDULE 17A

On June 13, 2003, a Notice of Corrected Violation (NOCV) was issued to the facility as a result of a finding that occurred during a January 16, 2003 inspection. The facility was cited for failure to label and keep closed five (5) drums of spent carbon. The problem was immediately corrected upon discovery, and no further action is anticipated. Thus, this matter is considered resolved.

On February 1, 2005, a notice of Corrected Deficiency (NOCD) was issued to the facility as a result of two areas of concern that were noted during an October 20, 2004 inspection. These two concerns involved minor repairs to the expansion joints (surface cracks) in the containment wall at the tank storage area and the facility's failure to note on the daily inspection reports several areas of rust on the exteriors of the waste storage tanks. These items have been addressed, and no further regulator action is anticipated.

The USEPA Region 6 and the Louisiana Department of Environmental Quality entered into a global Concent Decree with Plaquemine LLC, and number of other CHES covered facilities. Cited as part of the Decree was a failure to properly determine total annual benzene quantity, stemming from CHES use of the mid point of a benzene range when calculating annual quantities.